UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRT K. HALL

VERSUS

BURL CAIN
and RICHARD IEYOUB

CIVIL ACTION

NO. 99-541-BAJ-DLD

**RULING**

The Court has carefully considered the motion for evidentiary hearing, the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 20, 2011 (doc. 86). Plaintiff has filed an objection (doc. 87) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

Accordingly, plaintiff's motion for evidentiary hearing (doc. 84) is hereby denied and the Petition for Writ of Habeas Corpus (doc. 1) filed by petitioner, Kirt K. Hall, is dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 13, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA